**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | 09-04064MP-001-PCT-MEA |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| Colette Aspaas, ) | |
| Defendant. ) | |

The defendant appeared in court with counsel. The defendant's probable cause hearing was waived and the detention hearing was held by defendant through defense counsel. The Court finds probable cause to believe the defendant violated the terms of her supervised probation as set forth in Allegations A, B and C of the petition.

IT IS ORDERED that the defendant shall be released from federal custody forthwith.

IT IS FURTHER ORDERED that the defendant is released on the previously ordered probation conditions.

DATED this 1st day of June, 2010.

_____
Mark E. Aspey
United States Magistrate Judge