**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) Plaintiff, ) vs. ) ) Colette Aspaas, ) Defendant. ) ) | 09-04064MP-001-PCT-MEA **ORDER** |

The defendant appeared in court and admitted to violating the conditions of her probation as alleged in Paragraphs B and C of the Petition to Revoke Supervised Probation.

IT IS ORDERED revoking the defendant's supervised probation as unsuccessfully completed.

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons for the term of **TEN (10) DAYS**, with credit for time served. Defendant shall self surrender to the Coconino County Jail on Monday, September 20, 2010 by 12:00 pm.

IT IS FURTHER ORDERED that Paragraph A of the Petition to Revoke Supervised Probation is DISMISSED.

DATED this 7th day of September, 2010.

 /s/ Mark E. Aspey
 Mark E. Aspey
 United States Magistrate Judge